# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **NOTICE OF APPEAL** |
| **vs.** | ) | |
| | ) | |
| | ) | **Docket No. 3:21-cr-86** |
| **ARBAB SALEEM,** | ) | |
| **Defendant.** | | |

_____

     NOW COMES the defendant, Arbab Saleem, by and through the undersigned attorney, and hereby enters notice of appeal to the United States Court of Appeals for the Fourth Circuit from (1) the court's Order entered on March 2, 2023 (Doc. #46) denying the defendant's Motion to Dismiss filed on October 17, 2022 (Doc. #42), and (2) final Judgment entered on October 19th, 2023 (Doc. #57).

     Respectfully submitted, this the 20th day of October, 2023.

_____

s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Clary & Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rscmlaw.com
